(Official Form 1) (12/02)

| FORM B1<br>Northern | United States Bankruptcy Court<br>District of Georgia | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Group Management Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**IVG Corp.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**59-2919648** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**101 Marietta St., Ste 1070**<br>**Atlanta, GA 30303** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Fulton** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **03-83009** |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

COTTON  DRAKE
DIHARY  MASSEY
BRIZENDINE  MULLINS
BONAPFEL  MURPHY

INTERIM TRUSTEE

1  6  11  16  21  26
2  7  12  17  22  27
3  8  13  18  23  28
4  9  14  19  24  29
5  10  15  20  25  30
   97  98  99

FEE  170

13 TRUSTEE 13

(Official Form 1) (12/02)                                                                                                         FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Group Management Corp. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: Atlanta | Case Number: A03-93031 | Date Filed: March 2003 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: SSSG Acquisition Corp. | Case Number: | Date Filed: 12-03-03 |
|---|---|---|
| District: Northern Dist of GA | Relationship: Successor | Judge: UKN |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X *[signed] Thomas Ware*
Signature of Attorney for Debtor(s)
Thomas Ware
Printed Name of Attorney for Debtor(s)
Rosenfeld Goldman & Ware, Inc.
Firm Name
101 Marietta St, Ste 1070
Address
Atlanta, GA 30303
404·522·1202
Telephone Number
12·03·03
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Lamar Sinkfield*
Signature of Authorized Individual
Lamar Sinkfield
Printed Name of Authorized Individual
CEO
Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form B2
6/90

# Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date  12·03·03

Signature *LaMar Sinkfield*

*LaMar Sinkfield, CEO*
(Print Name and Title)

Board Resolution Group Management Corp.

The board of directors of Group Management Corp., met in Atlanta, GA on December 2, 2003 and resolved to file a Chapter 7 petition. The board was advised on its legal obligation and it was deemed in the interest of shareholders, and in the business judgment of the board, a chapter 7 would conclude the ongoing uncertainty of Group Management Corp. status.

RESOLVED: It is resolved that the law firm of Rosenfeld, Goldman & Ware, Inc., is hereby authorized to file a Chapter 7 petition with the Bankruptcy court as soon as possible.

_LaMar Sinkfield_
Chief Executive Officer

Case Number:03:  83009

Ch.7 Trustee: Tamara Ogier (3)

341 Hearing:1-7-04@2:00 Rm.368

```
                U. S. BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

                   # 01043026 - GG
                   December 3, 2003



    Code      Case No     Qty      Amount  By

    7N        03-83009             $209.00 CA
       Judge  - Margaret H. Murphy
       Debtor - GROUP MANAGEMENT COR
    7N        03-83008             $209.00 CA
       Judge  - Margaret H. Murphy
       Debtor - SSSG ACQUISITION COR
    CO        03-83008    60        $30.00 CA
       Judge  - Margaret H. Murphy
       Debtor - SSSG ACQUISITION COR


    TOTAL:                         $448.00

    Amount Tendered:               $500.00
    Change Returned:                $52.00


    FROM: Rosenfeld, Goldman & Ware, Inc.
          101 Marietta Street
          Suite 1070
          Atlanta, GA 30303
```

Page 1