CREDITORS MATRIX


**Alpha Capital Aktiengesellschaft**
**Pradafant 7**
**9490 Furstentums**
**Vaduz, Liechtenstein**


Amro International, S. A..
C/o Ultra Finanz
Grossmuensterplatz 6
Zurich, Switzerland CH 8022

Markham Holdings, LTD
C/o David Hassan
50 Town Range
PO Box 472
Gibraltar


Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201


Stonestreet  Limited Partnership
C/o Michael Finkelstein
260 Town Centre
Suite 201
Markham, ON  L3R 8H8


The Lebrecht Group, APLC
22342 Avenida Empresa
Suite 220
Rancho Santa Margarita, CA 92688
Acct. # 10548


PRN News Wire
810 Seventh Ave.. 35th floor
New York, NY 10019