# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| In Re:<br>DBA GROUP MANAGEMENT CORP,<br>DBA GROUP MANAGEMENT CORP<br>DBA IVG CORP<br><br>Debtor(s) | Case No. 03-83009<br>Chapter  07  Asset Case<br>Judge    MARGARET H. MURPHY<br><br>Trustee  TAMARA M. OGIER |
|---|---|

## INTERIM REPORT OF TRUSTEE

1. Report number 123 for the period ending 06/30/04.

2. Date of section 341(a) meeting: 01/07/04
   Date appointment accepted:     12/03/03

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   Total receipts           0.00           Checking        0.00
   Total disbursements      0.00           Money Market    0.00
                                           Investment      0.00
                                           Total         $0.00

   The amount of the Trustee's bond is: Blanket Bond $1,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                    $0.00
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:  (None)

5. Projected total value to be realized (total of 3 + 4):                             $0.00

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:  Review information re transfers made by Debtor

7. Projected date of final report:  01/31/05

Trustee's Signature: _____

TAMARA M. OGIER
170 MITCHELL STREET, S.W.
ATLANTA, GA 30303-3424
Date: 07/21/04    (404) 525-4000

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 03-83009 MM
**Case Name:** DBA GROUP MANAGEMENT CORP, DBA GROUP MANAGEMENT CORP
**Period Ending:** 06/30/04

**Trustee:** (300290)    TAMARA M. OGIER
**Filed (f) or Converted (c):** 12/03/03 (f)
**§341(a) Meeting Date:** 01/07/04
**Claims Bar Date:**

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | domain name  This is the only asset scheduled by the Debtor. See asset number 2 | 1.00 | 1.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE (u)  Trustee has requested additional information re any transfers made by this Debtor | 0.00 | Unknown | | 0.00 | Unknown |
| | **Totals** (Excluding unknown values) | **$1.00** | **$1.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**
Review information re transfers made by Debtor

**Initial Projected Date Of Final Report (TFR):** January 31, 2005    **Current Projected Date Of Final Report (TFR):** January 31, 2005

/s/ TAMARA M. OGIER
_____
TAMARA M. OGIER

July 21, 2004
_____
Date